WHITE & CASE LLP
BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:    (650) 213-0300
Facsimile:     (650) 213-8158

Counsel for Defendants
PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA HELLGREN, an individual, and BERNARD A. ORSI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., a Delaware Corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, WARNER-LAMBERT COMPANY, formerly a Delaware Corporation, WARNER-LAMBERT COMPANY LLC, a Delaware limited liability company, RANBAXY, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Civil Action No.: 3:12-cv-0735 (NC)  (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Magistrate Judge Nathanael M. Cousins |

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

WHEREAS the Notice of Removal of Action from State Court in the above-captioned action was filed on February 15, 2012; and

WHEREAS Plaintiffs Sandra Hellgren and Bernard A. Orsi (collectively, "Plaintiffs") served Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC (collectively, "Pfizer") with a copy of the First Amended Complaint on January 17, 2012; and

WHEREAS at least nine other actions have been filed in federal and state courts to date challenging Pfizer's allegedly anticompetitive conduct with regard to Lipitor and its generic competitors. A petition is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and coordinate these related federal actions, including the above-captioned action, pursuant to 28 U.S.C. § 1407. *In re: Lipitor Antitrust Litigation*, MDL No. 2332. A hearing to consider the transfer and coordination of the actions in MDL No. 2332 is set for March 29, 2012; and

WHEREAS Plaintiffs and Pfizer have met and conferred on this issue in good faith;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs' First Amended Complaint shall be extended to fourteen (14) days after the date the JPML issues a ruling or decision regarding transfer and consolidation of actions in MDL No. 2332. The parties reserve their right to discovery in accordance with the Federal Rules of Civil Procedure and/or Civil Local Rules.

Respectfully submitted,

Dated: February 24, 2012    */s/ Bijal V. Vakil*
Bijal V. Vakil, Esq.
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, California 94306
Tel. 650 213 0300
Fax. 650 213 8158

Counsel for Defendants

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 (~~NC~~)

PALOALTO 110068

|   |   |   |
|---|---|---|
| | | PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and WARNER-LAMBERT COMPANY LLC |

Dated: February 24, 2012         */s/ Lawrence G. Papale*
                                 Lawrence G. Papale, Esq.
                                 LAW OFFICE OF LAWRENCE G. PAPALE
                                 1308 Main Street, Suite 117
                                 St. Helena, CA 94574
                                 Tel. (707) 963-1704
                                 Fax. (707) 963-0706

                                 Counsel for Plaintiffs
                                 SANDRA HELLGREN and BERNARD A. ORSI

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

PALOALTO 110068

- 3 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 ~~(NC)~~

**ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that Lawrence G. Papale, Counsel for Plaintiffs has provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER**.

Dated: February 24, 2012         WHITE & CASE LLP


By: */s/ Bijal V. Vakil*
      Bijal V. Vakil

Counsel for Defendants
PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

**ORDER**

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC may answer or otherwise respond to Plaintiffs' First Amended Complaint is hereby extended to fourteen (14) days after the date the Judicial Panel on Multidistrict Litigation ("JPML") issues a ruling or decision regarding the transfer and coordination of actions in *In re: Lipitor Antitrust Litigation*, MDL No. 2332.

Dated: March 1, 2012

*/s/ Jeffrey S. White*
~~NATHANAEL M. COUSINS~~
~~MAGISTRATE JUDGE~~  JEFFREY S. WHITE
                    DISTRICT COURT JUDGE

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 ~~(NC)~~

PALOALTO 110068