WHITE & CASE LLP
BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Counsel for Defendants
PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA HELLGREN, an individual, and BERNARD A. ORSI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., a Delaware Corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, WARNER-LAMBERT COMPANY, formerly a Delaware Corporation, WARNER-LAMBERT COMPANY LLC, a Delaware limited liability company, RANBAXY, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Civil Action No.: 3:12-cv-0735 (NC) (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Magistrate Judge Nathanael M. Cousins |

1

1  WHEREAS the Notice of Removal of Action from State Court in the above-captioned
2  action was filed on February 15, 2012; and
3  WHEREAS Plaintiffs Sandra Hellgren and Bernard A. Orsi (collectively, "Plaintiffs")
4  served Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company
5  LLC (collectively, "Pfizer") with a copy of the First Amended Complaint on January 17, 2012;
6  and
7  WHEREAS at least nine other actions have been filed in federal and state courts to date
8  challenging Pfizer's allegedly anticompetitive conduct with regard to Lipitor and its generic
9  competitors. A petition is currently pending before the Judicial Panel on Multidistrict Litigation
10 ("JPML") to transfer and coordinate these related federal actions, including the above-captioned
11 action, pursuant to 28 U.S.C. § 1407. *In re: Lipitor Antitrust Litigation*, MDL No. 2332. A
12 hearing to consider the transfer and coordination of the actions in MDL No. 2332 is set for March
13 29, 2012; and
14 WHEREAS Plaintiffs and Pfizer have met and conferred on this issue in good faith;
15 IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their
16 respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs' First
17 Amended Complaint shall be extended to fourteen (14) days after the date the JPML issues a
18 ruling or decision regarding transfer and consolidation of actions in MDL No. 2332. The parties
19 reserve their right to discovery in accordance with the Federal Rules of Civil Procedure and/or
20 Civil Local Rules.

Respectfully submitted,

Dated: February 24, 2012        */s/ Bijal V. Vakil*
                                Bijal V. Vakil, Esq.
                                WHITE & CASE LLP
                                5 Palo Alto Square, 9th Floor
                                3000 El Camino Real
                                Palo Alto, California 94306
                                Tel. 650 213 0300
                                Fax. 650 213 8158

                                Counsel for Defendants

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 (~~NC~~)

PALOALTO 110068

|   |   |   |
|---|---|---|
| 1 |  | PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and WARNER-LAMBERT COMPANY LLC |
| 2 |  |  |

Dated: February 24, 2012    */s/ Lawrence G. Papale*

Lawrence G. Papale, Esq.
LAW OFFICE OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Tel. (707) 963-1704
Fax. (707) 963-0706

Counsel for Plaintiffs
SANDRA HELLGREN and BERNARD A. ORSI

- 3 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 ~~(NC)~~

PALOALTO 110068

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

**ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that Lawrence G. Papale, Counsel for Plaintiffs has provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER**.

Dated: February 24, 2012                    WHITE & CASE LLP


By: ___/s/ Bijal V. Vakil_____
        Bijal V. Vakil

Counsel for Defendants
PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

**ORDER**

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC may answer or otherwise respond to Plaintiffs' First Amended Complaint is hereby extended to fourteen (14) days after the date the Judicial Panel on Multidistrict Litigation ("JPML") issues a ruling or decision regarding the transfer and coordination of actions in *In re: Lipitor Antitrust Litigation*, MDL No. 2332.

Dated: March 1, 2012

_____
~~NATHANAEL M. COUSINS~~
~~MAGISTRATE JUDGE~~    JEFFREY S. WHITE
                                 DISTRICT COURT JUDGE

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

PALOALTO 110068

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 ~~(NC)~~