WHITE & CASE LLP
BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:     (650) 213-0300
Facsimile:       (650) 213-8158

Counsel for Defendants
PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA HELLGREN, an individual, and BERNARD A. ORSI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., a Delaware Corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, WARNER-LAMBERT COMPANY, formerly a Delaware Corporation, WARNER-LAMBERT COMPANY LLC, a Delaware limited liability company, RANBAXY, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | **Civil Action No.: 3:12-cv-0735 –JSW**<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER**<br><br>**United States District Judge Jeffrey S. White** |

1

WHEREAS the Notice of Removal of Action from State Court in the above-captioned action was filed on February 15, 2012; and

WHEREAS Plaintiffs Sandra Hellgren and Bernard A. Orsi (collectively, "Plaintiffs") filed a Second Amended Complaint against Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC (collectively, "Pfizer") on January 23, 2012, attached hereto as Exhibit 1, and the new caption should read "ANITA J. COX, an individual; and SANDRA HELLGREN, an individual, Plaintiffs, v. PFIZER, INC, a Delaware corporation; PFIZER IRELAND PHARMACEUTICALS, an Irish Partnership; WARNER-LAMBERT COMPANY, formerly a Delaware corporation; WARNER-LAMBERT COMPANY LLC, a Delaware Limited Liability Company; RANBAXY, INC., a Delaware corporation; and DOES 1-10, Defendants; and

WHEREAS at least nine other actions have been filed in federal and state courts to date challenging Pfizer's allegedly anticompetitive conduct with regard to Lipitor and its generic competitors. A petition is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and coordinate these related federal actions, including the above-captioned action, pursuant to 28 U.S.C. § 1407. *In re: Lipitor Antitrust Litigation*, MDL No. 2332. A hearing to consider the transfer and coordination of the actions in MDL No. 2332 is set for March 29, 2012; and

WHEREAS Plaintiffs and Pfizer agree that the papers submitted in connection with the Notice of Removal will not be deemed defective in anyway due to the filing of the Second Amended Complaint, and

WHEREAS this Court has already granted Plaintiffs and Pfizer's Stipulation filed on February 24, 2012 ("Docket No 7") on this date and this Further Stipulation is being presented to clarify the operative complaint and does not, in anyway, alter or affect Docket No. 7.

WHEREAS Plaintiffs and Pfizer have met and conferred on this issue in good faith;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs'

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735-JSW

Second Amended Complaint shall be extended to fourteen (14) days after the date the JPML issues a ruling or decision regarding transfer and consolidation of actions in MDL No. 2332. The parties reserve their right to discovery in accordance with the Federal Rules of Civil Procedure and/or Civil Local Rules.

Respectfully submitted,

Dated: March 2, 2012          /s/ Bijal V. Vakil
                              Bijal V. Vakil, Esq.
                              WHITE & CASE LLP
                              5 Palo Alto Square, 9th Floor
                              3000 El Camino Real
                              Palo Alto, California  94306
                              Tel. 650 213 0300
                              Fax. 650 213 8158

                              Counsel for Defendants
                              PFIZER INC., PFIZER IRELAND
                              PHARMACEUTICALS, and
                              WARNER-LAMBERT COMPANY LLC

Dated: March 2, 2012          /s/ Lawrence G. Papale
                              Lawrence G. Papale, Esq.
                              LAW OFFICE OF LAWRENCE G. PAPALE
                              1308 Main Street, Suite 117
                              St. Helena, CA 94574
                              Tel. (707) 963-1704
                              Fax. (707) 963-0706

                              Counsel for Plaintiffs
                              SANDRA HELLGREN and BERNARD A. ORSI

**ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that Lawrence G. Papale, Counsel for Plaintiffs has provided his concurrence with the electronic filing of the foregoing document entitled **FURTHER STIPULATION AND [PROPOSED] ORDER**.

Dated: March 2, 2012

WHITE & CASE LLP

By: */s/ Bijal V. Vakil*
      Bijal V. Vakil

Counsel for Defendants
PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

**ORDER**

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC may answer or otherwise respond to Plaintiffs' Second Amended Complaint is hereby extended to fourteen (14) days after the date the Judicial Panel on Multidistrict Litigation ("JPML") issues a ruling or decision regarding the transfer and coordination of actions in *In re: Lipitor Antitrust Litigation*, MDL No. 2332.

Dated: March 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE